55 A.3d 1049

Edwin Leo PARSONS, Respondent

v.

Larry McNAIR, d/b/a Mt. Pleasant Quick Lube, Petitioner.

Supreme Court of Pennsylvania.

Oct. 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of October, 2012, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED.**